EDEN ROC HOTEL, LTD., Appellant, v DAVID D. GILBERT, Respondent.

Submitted November 10, 2003; decided December 23, 2003

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed that part of Supreme Court's judgment that granted defendant's counter-

claim as to liability and severed the counterclaim, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.